## LOVETT v. THE STATE.

(Decided March 4, 1916.)

APPEAL from Lawrence Circuit Court.

Heard before Hon. R. C. BRICKELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed by appellant.

## McGINNIS v. BUTLER.

(Decided February 10, 1916.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for appellant. EMBRY & EMBRY, for appellee.

PER CURIAM.—Affirmed for want of assignment of error.

## MONTGOMERY LIGHT & TRACTION CO. v. HILL.

(Decided December 16, 1915.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

RUSHTON, WILLIAMS & CRENSHAW, for appellant. No counsel marked for appellee.

PER CURIAM.—Appeal dismissed by consent.

## O. K. FRENCH DRY CLEANING CO. v. MONTGOMERY.

(Decided January 20, 1916. Rehearing denied February 5, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

CLYDE RANDALL, for appellant. W. S. BROWER, for appellee.

PER CURIAM.—Affirmed for want of assignment of error.